Larry E. Whitfield Jr.

106 Belle St.

Crystal Springs, MS. 39059



SOUTHERN District COURT OF Jackson, Mississippi

Case No. : 3:17cv987 HSO-JCG

Larry E. Whitfield Jr.,                                 )

        Plaintiff ,                                   )

Vs.                                                             )

Mississippi Bureau Narcotics Agency    )

        Defendant                             )

      Plaintiff Larry E. Whitfield request that defendant Mississippi bureau narcotics answer the following questions in connection with this matter. If a objection is made, please state the reason for the objection. If denying the matter, please set forth in detail the reasons why the answering party cannot answer the questions.

    1.    Please describe in detail what happened that night pertaining to the plaintiff Larry E. Whitfield Jr that led to his arrest In connection of this matter.
    2.    Please describe in detail why the plaintiff Mr. Larry E. Whitfield Jr was assaulted buy officers of your agency in connection of this matter.
    3.    Please describe in detail why the plaintiff Mr. Larry E. Whitfield never received a court date but was placed under arrest and jailed and released with time served in connection of this matter.