

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN SISTRICT OF MISSISSIPPU
NORTHERN DIVISION

**LARRY E. WHITFIELD, JR.**             **PLAINTIFFS**

VS.             **CIVIL ACTION NO.:3:17-cv-987-HSO-JCG**

**AGENT DEVIN RICE OF MISSISSIPPI BUREAU
OF NARCOTICS, AND DEPUTY JUAN CHAPA,
OF HINDS COUNTY SHEFIFF DEPARMENT**             **DEENDANTS**

### Motion for Amends to receive joint and several liabilities net worth

I Larry E. Whitfield Jr. motion for amends under 42 U. S. C. 1983 known as section 1983 to receive joint and several liabilities Net Worth: Agent D. Rice of Ms. of Ms. Bureau of Narcotics, Ms. Bureau of Narcotics, Deputy Juan Chapa of Hinds County Sheriff's department, and Hinds County Sheriff's department. To resolve answering of punitive damages of joint and serval liabilities state of MS. under Ms. Code Ann 11-1-65 is set at a limit. Due to the lack of information pertaining to all joint and several liabilities I have yet to come to a conclusive to the answering of awarded of damages of defendants and liabilities.

Larry E. Whitfield Jr. 601 Belle street Crystal Springs Ms. 39059 larryearlwhitfield@gmail.com

### CERTIFICATE

I, Larry E. Whitfield Jr. Hereby certify that on this day, copy of the motion for damages, I have mailed, postage prepaid and of above and foregoing the following:

**Date: August 23, 2018**

**Douglas T. Miracle, Esq. Ms. Attorney General's Office P. O. Box 220 Jackson, Ms. 39201**

**Allen, Allen, Breeland &, PLLC 214 Justice Street P. O. Box 751 Brookhaven, Ms. 29602**

**Clerk, United States District Court Southern District of Mississippi Office 501 E. Court St. suite 2.500 Jackson, Ms. 39201**

Respectfully submitted, **Larry E. Whitfield Jr.** By: Larry E. Whitfield Jr.